IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH BUTELA,

           *Plaintiff,*

    v.

MIDLAND CREDIT MANAGEMENT INC.,

           *Defendant.*

Civil Action No. 2:20-cv-1612

Hon. William S. Stickman IV

## **ORDER OF COURT**

The Court granted class certification in this action on April 27, 2022. (ECF No. 42). On November 14, 2022, Plaintiff Joseph Butela ("Butela") filed a Motion for Approval of Class Notice Plan. (ECF No. 52). Attached to the motion as Exhibit A is the proposed postcard to be sent to the class members and, as Exhibit B, the long form notice to be placed on a case-designated website. Defendant Midland Credit Management Inc. ("Midland") filed objections to the proposed notice plan on November 30, 2022. (ECF No. 57). The major focus of its objections centered upon alleged inadequacies in the language of the proposed postcard and long form notice proposed by Butela. On December 7, 2022, Butela filed a response to the objections. It argued that its original postcard and long form notice were adequate but, in the alternative, included amended Exhibits A and B which purport to correct the errors alleged in Midland's objections.

The Court has carefully reviewed the original forms proposed by Butela, Midland's objections and the amendments proposed by Butela. It concludes that the proposed notification *as amended* by Butela provides adequate notice to the members of the class and conforms with

the requirements of Rule 23.  As such, the Court APPROVES the language of the amended notifications attached as Exhibits 1 and 2 to Butela's response.  (ECF No. 58).

As to Midland's concerns with respect to Butela's method of delivering notice by mail (through its intended class administrator), the Court also APPROVES Butela's proposal.  The Court hereby ORDERS, consistent with the plan explained in Butela's response (ECF No. 58, p.4) that: (1) all notices returned with a forwarding address will be remailed; and (2) for notices returned without a forwarding address, the administrator shall make reasonable efforts to locate the class member and, if successful, re-mail the notification.

BY THE COURT:

12|9|22

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE